PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Hector Luis Cartagena-Rodriguez          Cr.: 22-00816-001
                                                                                PACTS #: 61743

Name of Sentencing Judicial Officer:    THE HONORABLE DEBORAH A. BATTS (SD/NY)
                                        UNITED STATES DISTRICT JUDGE

Reassigned to Judicial Officer:         THE HONORABLE SUSAN D. WIGENTION
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/31/2011

Transfer of Jurisdiction to D/NJ: 12/06/2022

Original Offense:    Count One: Conspiracy To Distribute Narcotics, 21 U.S.C, Section 846

Original Sentence: 120 months imprisonment, 5 years supervised release, $100 special assessment

Special Conditions: Drug Testing and/or Treatment, DNA Collection

Type of Supervision: Supervised Release                Date Supervision Commenced: 11/30/2018

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On October 6, 2022, Cartagena-Rodriguez was arrested by the Rochelle Park Police Department following a traffic stop and charged with possession of a controlled dangerous substance and possession of drug paraphernalia. According to police reports, Cartagena-Rodriguez, who was a passenger in a vehicle, was found to be in a possession of a small baggie of cocaine and a cut straw (commonly used for snorting drugs). Cartagen-Rodriguez explained he was holding the items for a person he met earlier in the day (in an attempt to get them to quit using). |
| | On December 7, 2022, Cartagena-Rodriguez appeared at the Rochelle Park Municipal Court and was found guilty of possession of drug paraphernalia (a disorderly persons offense). He was also fined $530. |

Prob 12A – page 2
Hector Luis Cartagena-Rodriguez

U.S. Probation Officer Action:

The probation office verbally reprimanded Cartagena-Rodriguez and utilized STARR skills for intervention purposes. We have increased our supervision efforts with him. To date, all urine tests have yielded negative results. Cartagena-Rodriguez remains gainfully employed and is enrolled for the Spring 2023 semester at Passaic County Community College. Our office recommends withholding Court action at this time. We will keep the Court apprised of any additional instances of noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Anthony Nisi/SGM*

By:   ANTHONY J. NISI
      U.S. Probation Officer

/ ajn

APPROVED:

_____  1/3/2023
SUZANNE GOLDA-MARTINEZ          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

January 4, 2023
Date